# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| FOUAD HENEEN, | ) | |
| | ) | |
| Plaintiff(s), | ) | 2:11-CV-0316-RLH-GWF |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| OFFICE OF THE DISTRICT ATTORNEY, | ) | |
| | ) | |
| Defendant(s). | ) | |

Before this Court is the Findings and Recommendations of United States Magistrate Judge (#2, filed May 31, 2011), entered by the Honorable George W. Foley, regarding his screening of the complaint pursuant to 28 U.S.C. §1983. No objection was filed to Magistrate Judge Foley's Findings and Recommendations in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Findings and Recommendations of Magistrate Judge Foley should be accepted and adopted.

/ / / /

1   IT IS THEREFORE ORDERED that Magistrate Judge Foley's Findings and Recommendation (#2) are ACCEPTED and ADOPTED, and the case is dismissed.

Dated: June 23, 2011.

_____
**ROGER L. HUNT**
**U.S. District Judge**